1  ~~LAW OFFICES OF BILL LATOUR~~
2  ~~BILL LATOUR [CSBN: 169758]~~
   ~~1420 E. Cooley Dr., Suite 100~~
3  ~~Colton, California 92324~~
4  ~~Telephone: (909) 796-4560~~
   ~~Facsimile: (909) 796-3402~~
5  ~~E-Mail: fed.latour@yahoo.com~~
6
7  ~~Attorney for Plaintiff~~

8               UNITED STATES DISTRICT COURT
9       CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10 | KALONI RHODAN,                          ) No. EDCV 13 - 02079 AN
11 |                                         )
12 |     Plaintiff,                          ) ~~[PROPOSED]~~ ORDER AWARDING
   |                                         ) EAJA FEES
13 |     v.                                  )
14 |                                         )
   | CAROLYN W. COLVIN                       )
15 | Acting Commissioner Of Social Security, )
16 |                                         )
17 |     Defendant.                          )

18     Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19     IT IS ORDERED that EAJA fees are awarded in the amount of ONE
20 THOUSAND FIVE HUNDRED NINETY FIVE DOLLARS AND 00/100 ($1,595.00)
21 subject to the terms of the stipulation.
22
23
   DATE:  July 29, 2014     _____
24                          HON. ARTHUR NAKAZATO
25                          UNITED STATES MAGISTRATE JUDGE

-1-